UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.T., ET AL., | |
| Plaintiffs, | Civ. No. 09-4969 (MAH) |
| v. | ORDER |
| DUMONT PUBLIC SCHOOLS, ET AL., | |
| Defendants. | |

This matter having come before the Court on Defendants' motion for summary judgment filed on September 28, 2011 (ECF No. 197), and Plaintiffs' cross-motions to strike certain defenses and for partial judgment on the pleadings filed on September 28, 2011 (ECF No. 198);

and the Court having considered all papers submitted in support of, and in opposition to, the motions;

and for the reasons set forth in an Opinion filed in this matter on the same date;

and for good cause shown;

**IT IS** on this 28th day of March, 2012,

**ORDERED** that Defendants' motion for summary judgment is granted on Plaintiffs' claims under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.*, and the Rehabilitation Act, 29 U.S.C. § 794; and it is further

**ORDERED** that Plaintiffs' claims under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.*, and the Rehabilitation Act, 29 U.S.C. § 794 are dismissed with prejudice; and it is further

**ORDERED** that Plaintiffs' claim under the New Jersey Law Against Discrimination, N.J. Stat. Ann. § 10:5-1 *et seq.*, is dismissed without prejudice for lack of subject matter jurisdiction; and it is further

**ORDERED** that Plaintiffs' cross-motions to strike certain defenses and for partial judgment on the pleadings are denied; and it is further

**ORDERED** the Amended Complaint is dismissed.

s/ Michael A. Hammer  
UNITED STATES MAGISTRATE JUDGE
